# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00295-CV

### In re Abbott Laboratories, Inc.

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Abbott Laboratories has filed a petition for a writ of mandamus challenging the portion of the district court's order dated May 18, 2006, compelling production of the documents numbered 21, 26, 40, 43, 45-47, 54, and 62-67 on its privilege log. We have reviewed the documents *in camera* and we cannot hold that the district court's order was a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). Accordingly, we deny Abbott's petition for a writ of mandamus and lift our stay of the district court's order.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   June 21, 2006